# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **KELLI SHOOK,** | : | **Case No. 1:04-cv-1220** |
| Plaintiff, | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| **CITY OF CLEVELAND,** *et al.*, | : | **ORDER** |
| Defendants. | : | |

On March 31, 2006, the Court granted in part and denied in part the defendants' respective motions for summary judgment (Doc. 32). As a result, Plaintiff's claims against Defendant City of Cleveland were completely dismissed. As to Defendants Chris Graham, Mark Ketterer, Douglas Regrut and James Bresnahan, several of Plaintiff's claims survived.

On April 26, 2006, Defendants Mark Ketterer, Douglas Regrut and James Bresnahan filed a Notice of Appeal (Doc. 36) to the Sixth Circuit Court of Appeals, in which they indicated their intent to appeal the Court's March 31, 2006 order. Defendant Chris Graham, however, has not sought to appeal the Court's March 31, 2006 order.

Because requiring Plaintiff to proceed against Defendant Chris Graham only (at this time) would be an inefficient use of judicial resources, the Court hereby **STAYS** this entire case pending resolution of the aforementioned appeal. In so far as the Sixth Circuit likely will encourage a mediation effort, the parties – preferably all of them – may still go forward with the currently scheduled mediation *if they so choose*. **In that regard, the parties shall confer and inform the magistrate judge of their desire(s) by no later than May 19, 2006.**

    IT IS SO ORDERED.

                                                  s/Kathleen M. O'Malley
                                                  **KATHLEEN McDONALD O'MALLEY**
                                                  **UNITED STATES DISTRICT JUDGE**

**Dated: May 16, 2006**